**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-62104-CIV-SMITH**

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

PUYA AND SON ENTERPRISES II INC., *et al.*,

     Defendant.

_____/

## ORDER OF DISMISSAL

This matter came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 32]. Accordingly, it is

     **ORDERED** that:

     1.    This matter is **DISMISSED with prejudice** with each party bearing his or her own attorneys' fees, costs, and expenses other than those specified in the parties' settlement agreement.

     2.    Any pending motions are **DENIED as moot**.

     3.    This case is **CLOSED**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of April, 2024.

                    _____
                    **RODNEY SMITH**
                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record